IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| DARCIE SAUNDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 09-cv-5094 |
| v. | ) | Judge Hendren |
| | ) | |
| MID CONTINENT CREDIT SERVICES, INC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS PURSUANT TO SETTLEMENT**

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**For Plaintiff, Darcie Saunders**              **For Defendant, Midcontinent Credit Services, Inc.**

 /s David M. Marco                                                 s/ Brian Burke
Larry P. Smith & Associates, Ltd.             Dossey & Burke, PLC.

Date: November 23, 2009


LARRY P. SMITH & ASSOCIATES, LTD.
Attorney for: Plaintiff
205 N. Michigan Ave., 40th floor
Chicago, Illinois 60601
 (312) 222-9028 (x812)
 dmarco@smithlaw.us


Dossey & Burke PLC
Attorney for: Defendant
PO Box 588
Bentonville AR 72712
(479) 273-3324
bburke45@cox-internet.com