IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DARCIE SAUNDERS                                                                                    PLAINTIFF

V.                                            No. 09-5094

MID CONTINENT CREDIT SERVICES, INC.

## CLERK'S ORDER OF DISMISSAL

On this 24th day of November, 2009, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is, dismissed with prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


By: /s/ Teri Gunderson
     Deputy Clerk